# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 392ND DISTRICT COURT OF HENDERSON COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 8th day of April, 2015, the cause upon appeal to revise or reverse your judgment between

**KEN LANDERS AND CLARLINDA LANDERS, Appellants**

**NO. 12-14-00261-CV; Trial Court No. 2013C-1185**

Opinion by James T. Worthen, Chief Justice.

**NATIONSTAR MORTGAGE, LLC, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be reversed**, that summary judgment be rendered in favor of Appellants, **KEN LANDERS AND CLARLINDA LANDERS,** on Appellee **NATIONSTAR MORTGAGE, LLC's** judicial foreclosure claim, and that the cause be **remanded** for further proceedings in Nationstar's rescission claim."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 16th day of September, 2016.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk